**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-2486**

———————————

In Re: JEROME P. REIMANN,

                                                    Debtor,

------------------------------------------------------------

TERRI L. GARDNER,

                                        Plaintiff - Appellee,


        versus


JEROME P. REIMANN,

                                        Defendant - Appellant.


———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (CA-03-794-FL-5; BK-01-1319-5-ATS)

———————————

Submitted:  March 11, 2004          Decided:  March 17, 2004

———————————

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jerome P. Reimann, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome P. Reimann appeals the district court's order dismissing his appeal from the bankruptcy court as untimely filed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Gardner v. Reimann</u>, Nos. CA-03-794-FL-5; BK-01-1319-5-ATS (E.D.N.C. filed Nov. 18, 2003 & entered Nov. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>